**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Scott Michael Mickens,**

    **Plaintiff,**

    **v.**

**Washington County Jail,** *et al.***,**

    **Defendants.**

**Case No. 2:25-cv-928**

**Judge Michael H. Watson**

**Magistrate Judge Bowman**

## OPINION AND ORDER

Scott Michael Mickens ("Plaintiff"), a prisoner proceeding without the assistance of counsel or prepayment of fees, sues a slew of Defendants under 42 U.S.C. § 1983 for alleged deliberate indifference to a serious medical need. The Magistrate Judge performed an initial screen of the Amended Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A and issued a Report and Recommendation ("R&R"). R&R, ECF No. 9. The R&R recommends dismissing, in their entirety, Plaintiff's official-capacity claims given that Plaintiff seeks only damages. *Id.* at 7–8. It also recommends dismissing Plaintiff's individual-capacity claims against the following Defendants for failure to allege personal involvement: Nurse Stottsberry, Nurse Encinnias, Officer Dye, Officer Rainer, Officer Kuntze, Officer Frost, Officer Oliver, Officer Skidmore, Officer Jenoy, Officer Doak, and Captain Martin. *Id.* at 8–9. It recommends denying Plaintiff's pending motion for default judgment or summary judgment, along with his

Case No. 2:25-cv-928                                                                                    Page 1 of 3

request for appointment of counsel, ECF No. 8. *Id.* at 9–10. But the R&R recommends permitting Plaintiff's individual-capacity deliberate indifference claim to proceed against the following Defendants: Nurse Holliday, Nurse Holden, Nurse McCrey, Officer Lloyd, and Officer Maze. *Id.* at 10.

The R&R notified Plaintiff of his right to object to these recommendations and of the consequences of failing to do so. *Id.* at 12–13. Plaintiff did not object but did submit a letter explaining his problems completing the Summons forms. The Magistrate Judge will address those problems in a separate Order.

Given Plaintiff's failure to object, the Court **ADOPTS** the R&R without conducting a *de novo* review. It **DISMISSES WITHOUT PREJUDICE** all official-capacity claims due to sovereign immunity and **DISMISSES WITHOUT PREJUDICE** the individual-capacity claims against Nurse Stottsberry, Nurse Encinnias, Officer Dye, Officer Rainer, Officer Kuntze, Officer Frost, Officer Oliver, Officer Skidmore, Officer Jenoy, Officer Doak, and Captain Martin for failure to state a claim. Plaintiff's pending motion for default judgment or summary judgment and for appointment of counsel, ECF No. 8, is **DENIED WITHOUT PREJUDICE** to refiling at a later date.

The Clerk **SHALL** add to the docket as parties those individuals listed on ECF No. 5 at PAGEID # 45 who are not yet listed on the docket but then **TERMINATE** as parties Nurse Stottsberry, Nurse Encinnias, Officer Dye, Officer Rainer, Officer Kuntze, Officer Frost, Officer Oliver, Officer Skidmore, Officer Jenoy, Officer Doak, and Captain Martin. Because Washington County Jail is not

Case No. 2:25-cv-928                                    Page 2 of 3

listed as a defendant in the Amended Complaint, the Clerk shall **TERMINATE** it

as a party as well.  Finally, the Clerk shall **TERMINATE** ECF Nos. 8 and 9 as

pending motions.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**